154 So. 119

## LIBERTY NAT. LIFE INS. CO. v. Lewis COLLIER.

### 8 Div. 583.

Supreme Court of Alabama.
April 12, 1934.

See, also, Liberty Nat. L. I. Co. v. Collier ante, p. 3, 154 So. 118.

Raymond Murphy, of Florence, for petitioner.

Robt. M. Hill and Bradshaw & Barnett, all of Florence, opposed.

PER CURIAM.

Petition of Liberty National Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Liberty National L. I. Co. v. Collier, 154 So. 116.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.